UNION PACIFIC RAILROAD COMPANY v. JOHN FOSBERG.

FILED DECEMBER 7, 1906.    No. 13,786.

ERROR to the district court for Dawson county: CHARLES L. GUTTERSON, JUDGE. *Reversed.*

*John N. Baldwin* and *Edson Rich,* for plaintiff in error.

*Warrington & Stewart, H. M. Sinclair* and *George W. Thomas, contra.*

SEDGWICK, C. J.

This action was brought in the district court for Dawson county to recover damages caused by a fire alleged to have originated in the carelessness of the defendant. The case was argued and submitted with the motion for rehearing in the case of *Union P. R. Co. v. Fickenscher,* 74 Neb. 507, and, for the reasons stated in the opinion in that case, the judgment of the district court is reversed and the cause remanded.

REVERSED.